PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO BALLROOM PRODUCTION, LLC, *et al.*, | ) )  |
| Plaintiffs, | ) CASE NO. 4:23CV57 ) ) |
| v. | ) JUDGE BENITA Y. PEARSON ) |
| KYRYLO MYSHAKOV, *et al*. | ) ) |
| Defendants. | ) **ORDER OF DISMISSAL** |

Following a Settlement Conference held before the undersigned on August 9, 2023, the parties in the above-captioned case have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 8, 2023, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

| | |
|---|---|
| August 9, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |